E-FILED
Tuesday, 23 November, 2004  10:09:08 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 03-40082 |
| ) | |
| ROY ALLEN ARP, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, ROY ALLEN ARP, by his attorney, and moves this Court for the entry of an Order continuing the sentencing hearing scheduled in the above-entitled cause for December 3, 2004, at 9:30 a.m., in Rock Island, Illinois, to a future date pending the Supreme Court's disposition in the case of *United States v. Booker*, 375 F.3d 508 (7th Cir. 2004), *cert. granted*, 2004 WL 1713654 (U.S. Aug. 2, 2004)(No. 04-104), and in support thereof, states as follows:

1. That this cause is scheduled for a sentencing hearing on December 3, 2004, at 9:30 a.m., in Rock Island, Illinois, before Chief United States District Judge Joe B. McDade.

2. That the undersigned defense counsel has filed several objections to the presentence report based upon *Blakely v. Washington*, ___ U.S. ___, 124 S.Ct. 2531, 2004 U.S. LEXIS 4573 (June 24, 2004) and *United States v. Booker*, 375 F.3d 508 (7th

1

Cir. 2004), *cert. granted*, 2004 WL 1713654 (U.S. Aug. 2, 2004)(No. 04-104).

3.    That the Supreme Court's disposition of the case of *United States v. Booker, supra,*, will have a direct impact upon this Court's determination of the Defendant's objections to the presentence report and sentencing calculations.

4.    That the Defendant is free on bond awaiting sentencing, and resides and works in Reno, Nevada, and is in full compliance with all conditions of pretrial release.

5.    That on November 22, 2004, the undersigned counsel was advised by Assistant United States Attorney Jeffrey Lang that the Government would have no objection to this motion for the reasons stated herein.

6.    That the ends of justice will best be served by continuing the scheduled sentencing hearing to a future date for the reasons stated herein.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the sentencing hearing scheduled in the above-entitled cause for December 3, 2004, at 9:30 a.m., in Rock Island, Illinois, to a future date.

ROY ALLEN ARP, Defendant

S/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Jeffrey Lang, Assistant United States Attorney, 1830 Second Street, Suite 320, Rock Island, IL 61201.

S/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org