E-FILED
Tuesday, 21 December, 2004 11:15:06 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 03-40082 |
| ) | |
| ROY ALLEN ARP, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, ROY ALLEN ARP, by his attorney, and moves this Court for the entry of an Order continuing the sentencing hearing scheduled in the above-entitled cause for January 6, 2005, at 3:00 p.m., in Rock Island, Illinois, to a future date (preferably in mid to late March, 2005) pending the Supreme Court's disposition in the case of *United States v. Booker*, 375 F.3d 508 (7th Cir. 2004), *cert. granted*, 2004 WL 1713654 (U.S. Aug. 2, 2004)(No. 04-104), and in support thereof, states as follows:

    1.    That this cause is scheduled for a sentencing hearing on January 6, 2005, at 3:00 p.m., in Rock Island, Illinois, before Chief United States District Judge Joe B. McDade.

    2.    That the undersigned defense counsel has filed several objections to the presentence report based upon *Blakely v. Washington*, ___ U.S. ___, 124 S.Ct. 2531,

2004 U.S. LEXIS 4573 (June 24, 2004) and *United States v. Booker*, 375 F.3d 508 (7th Cir. 2004), *cert. granted*, 2004 WL 1713654 (U.S. Aug. 2, 2004)(No. 04-104).

3. That the Supreme Court's disposition of the case of *United States v. Booker, supra,*, will have a direct impact upon this Court's determination of the Defendant's objections to the presentence report and sentencing calculations.

4. That the parties hereto do not expect the Supreme Court to release its decision in *Booker* prior to the date of the scheduled sentencing hearing in this case.

5. That the Defendant is free on bond awaiting sentencing, and resides and works in Reno, Nevada, and is in full compliance with all conditions of pretrial release. Furthermore, the Defendant has purchased an airline ticket to travel to Rock Island, Illinois, to court for his sentencing hearing, and needs sufficient time to re-book his flight for the new court date to avoid forfeiting the cost of his ticket.

6. That the undersigned counsel was advised by Assistant United States Attorney Jeffrey Lang that the Government would have no objection to this motion for the reasons stated herein.

7. That the ends of justice will best be served by continuing the scheduled sentencing hearing to a future date for the reasons stated herein.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the sentencing hearing scheduled in the above-entitled cause for January 6, 2005, at 3:00 p.m., in Rock Island, Illinois, to a future date (preferably in mid to

late March, 2005).

                         ROY ALLEN ARP, Defendant

                         S/George F. Taseff
                         Ill. Bar Number: 6180419
                         Attorney for Defendant
                         Assistant Federal Public Defender
                         401 Main Street, Suite 1500
                         Peoria, Illinois 61602
                         Phone: 309/671-7891
                         FAX:   309/671-7898
                         Email: george_taseff@fd.org


## CERTIFICATE OF SERVICE

     I hereby certify that on December 21, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Jeffrey Lang, Assistant United States Attorney, 1830 Second Street, Suite 320, Rock Island, IL 61201.

                         S/George F. Taseff
                         Ill. Bar Number: 6180419
                         Attorney for Defendant
                         Assistant Federal Public Defender
                         401 Main Street, Suite 1500
                         Peoria, Illinois 61602
                         Phone: 309/671-7891
                         FAX:   309/671-7898
                         Email: george_taseff@fd.org