RECEIVED E-FILED
Friday, 04 February, 2005 02:12:46 PM
Clerk, U.S. District Court, ILCD
SEP 13 2004
BY:

United States District Judge McDade
Federal Courthouse
Rock Island ILL.

Your Honor,

I am writing on behalf of Roy Arp. I have known Roy since 1973 when we met at the University of Northern Iowa. Roy and I have been close friends ever since. Over these last 30 years I have know Roy to be a good friend and Father. I know him to be honest and fair. He started a family while still in school, and has 2 children. I have also known his children, Jessie and Katie, their entire lives. Roy has always impressed me with how caring and thoughtful a father he is. His children are the most important thing in his life.

After his divorce, Roy lived about 200 miles from his children but he was at every event in school and drove back and forth every other weekend to see his children. After a few years of this, he relocated to Charles City IA, to be closer to his children. When in Charles City he became very involved with community leaders and area business people. He supported the high school events and programs as most people do in small towns.

Roy has also shown strong determination in employment, no matter what he has been involved with he has achieved his goals. Roy was on his own thru collage, after the birth of his children, he was never able to finish and get his degree. As a personable person Roy took to sales and has been successful in each job he has had. Like all of us, I'm sure Roy would have done some things differently in his life if he could. I have been aware of this situation since it happened, and have observed Roy as this process started. Roy has strong remorse for the situation he finds himself in and would be a good candidate for fair treatment from the courts.

In my opinion, anything the courts could do to help Roy make some sort of restitution is appropriate, I don't think Roy should be sent to prison at Tax Payer expense.

Respectfully Yours

*[signature]*

Dean B Mckinney
1795 NW 80th Court
Clive IA 50325

**FILED**

FEB 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# RICK WILLIAMS

RECEIVED
SEP 0 7 2004
BY:_____

September 1, 2004

United States District Judge McDade

Your Honor,

   I have known Roy for almost two years. I met him when he came to work at my previous place of employment. I have since moved on to start my own small business. I had been the service manager for nine years at High Desert Pool & Spa when Roy was hired to represent the company and sell portable spas for us. I immediately came to know him quite well as we worked together to get him trained and familiar with our product. We share many common interests and I found Roy to be very knowledgeable about many different things. I was impressed by his ability to learn quickly and by his genuine interest in the over-all well being of the company. He is definitely a team player. He was quick to connect with the local Chamber of Commerce and other organizations to avail himself of community interests and information, as well as to meet new people. Roy has always been prompt and professional at work, never missed any time, and often stayed late when he needed to. I enjoyed the time that we worked together and would have no problems at all employing him should the need arise within my company.
   I would consider Roy to be a very good friend. In a world where sometimes it seems you don't meet too many people to be trusted with very much, he has proved time and again to be a trust-worthy and loyal friend. Shortly after we began working together I needed a roommate for a large house that I was living in with my 16 year old daughter. I had no issues having Roy around with my daughter there or letting him live in my house. He was even able to shed some light on my father/daughter relationship as he has successfully raised two children of his own. To this day, he is the one I call on to stay at my house and watch my dog when I am out of town.
   I have had the pleasure of meeting most if not all of Roy's family. Having been invited to some birthday and holiday gatherings, it is easy to see that Roy is pretty tight with his mother and siblings, as it should be. These events always prove to be happy occasions and I look forward to the next one.
   When I first learned of the charges that Roy faces I was dumbfounded to say the least. How could a guy so professional and likeable get caught up in what could potentially be such a life-changing event? It still makes me wonder. Having learned a little about his case, and considering the time that has passed since the event took place, it seems a shame to take this kind of a productive, engaging individual out of a society where his kind of politeness and knowledge are in short supply already. I am one person that would surely miss him and his friendship were he to have to spend time away. Your Honor, with all due respect, I can only pray that you can find a fair and just sentence for Roy that does not include any prison time. I would hate to see him have to start "all over again" when things are looking up and the future is bright.

Respectfully,

*Richard A. Williams*

Richard A. Williams



**STACEY PETTERSON**

3275 Sandra Drive
Reno Nv 89503
775-746-2826

August 24, 2004

To Judge McDade

    I am writing this letter in regards to Roy Arp.
    Roy has lived with me since May of 2003 except for 3 months he looked after a house for a friend of his. Since living with me he has done nothing but help me in anyway he can. I have lived in Reno for 23 years and have not met a person of his character in all the time I've been here. He is honest, trustworthy, I can count on him for anything. I have never seen him miss a day of work. He always pays his rent before the first of the month. I have never seen or heard of him gambling except for a few dollars, which is hard for some people who live here to do. Several months ago, he started going to a weekly bible reading class. He has always been ready to help me and anyone else who would ask him. My yard has never looked better! I hope this letter will help you to know what a good and loyal friend and person I believe Roy to be.
    Thank you for your time.

Sincerely,

*Stacey Petterson*