CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

### for

### CENTRAL DISTRICT OF ILLINOIS

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Roy Allen Arp **CASE NUMBER:** 03-40082-001<br>c/o: FCI Lompoc<br>3600 Guard Road<br>Lompoc, CA 93436-2705 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE JOE B. McDADE<br>U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | 02/03/05 |
| **ORIGINAL OFFENSE:** | Mail Fraud (3 counts) |
| **ORIGINAL SENTENCE:** | 24 months custody, 3 years supervised release, and $157,575.82 restitution. Special conditions include: 1) no new debts/lines of credit in excess of $250; 2) financial disclosure; 3) 20 hours of community service per week if unemployed after first 60 days of supervision or if unemployed for more than 30 days after termination or lay off; 4) disclose conviction and supervision status to employer; 5) refrain from any alcohol or drug use and submit to substance abuse testing and treatment as directed; 6) participate in psychiatric services, including treatment for gambling, as directed by probation officer; 7) no gambling or frequenting gambling establishments; 8) no firearms, ammunition or dangerous weapons; 9) pay 75% of any income tax return (state and federal) towards restitution. |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION TO COMMENCE:** | 09/15/06 |

## PETITIONING THE COURT

[ ]    To extend the term of supervision for  years, for a total term of  years.

[X]    To modify the conditions of supervision as follows:

Special Condition No. 10: Warrantless Search - You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

## CAUSE

Offender Arp is requesting to be released to the District of Nevada in September 2006 to reside with his sister, Sandy Dickson, at 2308 Tamarisk in Reno, Nevada.

Re: Roy Allen Arp

On January 31, 2006, U.S. Probation Officer Barbara Hunt, District of Nevada, requested that a warrantless search condition be added to the offender's conditions of supervised release before his plan to release to the District of Nevada will be considered.  This condition is being requested to assist in the supervision of the offender in the District of Nevada.

On February 7, 2006, offender Arp agreed to the above modification of supervised release.  Assistant U.S. Attorney Jeff Lang has been advised of the above request and concurs with this recommendation.

Respectfully submitted,

s/Mike Martens

MICHAEL T. MARTENS
U.S. Probation Officer
Date: February 8, 2006

MTM

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

s/Joe Billy McDade
HONORABLE JOE B. McDADE
U.S. District Judge
Date: 02/08/06